THE OREGON RAILWAY & NAVIGATION CO. *vs.* JOHN GALLIHER.

When a bill of exceptions does not contain the entire charge given to the jury, upon the trial, or fails to show that the instructions complained of, upon a particular point, were *all* the instructions given the jury on that subject, sufficient does not appear, to warrant this Court in reviewing the action of the trial Court.

The fact that enough appears by the transcript, to enable this Court to pass upon the question of the correctness of a particular instruction, is not all that is required, as it may fairly be presumed other parts of the charge so modified the instruction, complained of, as to free it from objection.

Error to First Judicial District, holding terms at Walla Walla.

*C. A. Dolph* for plaintiff in error.

*Thomas Burke* for defendant in error.

*Opinion by Hoyt, Associate Justice.*

Defendant in error moves the Court to dismiss this action, upon the ground that the plaintiffs in error have not brought here a sufficient transcript of the record in the Court below.

Plaintiffs in error admit that the transcript is insufficient to warrant this Court in passing upon any of the rulings of the Court below, which are assigned here as error, excepting the one in relation to certain instructions given to the jury, upon the trial of the cause, but insist that enough appears in the transcript, to enable this Court to pass upon that question. But as the bill of exceptions, signed by the Judge, does not contain all of the instructions, given upon such trial, and fails to show, by any proper certificate therein, that those portions of the instructions, included in said bill of exceptions, were all that were given upon the points covered thereby, we are of the opinion that we cannot assume such to be the fact, and that, therefore, it is not competent for us to pass upon the question above stated, without further information than we can gather from said transcript, as it now stands, and no motion having been interposed for leave to file an amended transcript, the motion to dismiss must be granted and it is so ordered.